IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF TEXAS

HOUSTON DIVISION

| | |
|---|---|
| JAMES EDWARD GUZMAN, § | |
| § | |
| Plaintiff, § | |
| v. § | CIVIL ACTION NO. H-04-3465 |
| § | |
| DOUGLAS DRETKE, § | |
| *et al.*, § | |
| Defendants. § | |

### **FINAL JUDGMENT**

For the reasons stated in the Court's Memorandum and Opinion entered this date, this action is DISMISSED with prejudice.

This is a FINAL JUDGMENT.

SIGNED at Houston, Texas, on this 23rd day of December, 2005.

_____

DAVID HITTNER

United States District Judge